Lisa S. Kantor, Esq. State Bar No. 110678
 e-mail: lkantor@kantorlaw.net
Elizabeth K. Green, Esq. State Bar No. 199634
 e-mail: egreen@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
Telephone:  (818) 886-2525
Facsimile:  (818) 350-6272

Attorneys for Plaintiff,
AMALIA DE SOTELO.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMALIA DE SOTELO., <br><br> Plaintiff, <br><br> v. <br><br> UNITED HEALTHCARE INS. CO., <br><br> Defendant. | Case No.: 2:14-cv-05096-MAN <br><br> [~~PROPOSED~~] ORDER RE DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(A)(1) |

Based upon the stipulation of the parties, and for good cause shown:

IT IS HEREBY ORDERED that this action is dismissed in its entirety, with prejudice.

IT IS HEREBY FURTHER ORDERED that each party shall bear its own attorneys' fees and costs in this matter.

DATED: January 13, 2015

*Margaret A. Nagle*
_____
Margaret A. Nagle
United States Magistrate Judge

[~~PROPOSED~~] ORDER RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO F.R.C.P. 41(A)(1)